### PRINDLE vs. HARRIS, &c.

Directions in the taxation of costs, on a plaint in replevin.

TAXATION of costs. For the service of a plaint in replevin, issued from the common pleas, there was taxed to the sheriff the following fees: Service of plaint and deliverance of property, $2,50; mileage to serve summons, 9 miles, $\frac{6}{100}$ on two defendants residing at the same place, $1,08; mileage to deliver property, $\frac{54}{100}$; service of summons on two defendants, $\frac{75}{100}$; drawing bond, 37½ cts., the same being prepared by the plaintiff's attorney. The correctness of those charges was submitted to the court.

By the Court, SAVAGE, Ch. J. The sheriff is entitled only to 37½ cts. for serving the summons, and nothing for the service of the plaint, as distinct from the summons. He is entitled to his actual mileage for service of summons and delivery of the property, but he cannot charge double mileage for these services, nor for two defendants, when both reside at the same place. · The bond is a proper charge.